**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Tawakal Halal LLC and Abdifateh Mohamed Omar, | Civil No.  17-cv-4732 (ECT/TNL) |
| Plaintiffs, | |
| V. | **ORDER** |
| United States of America, | |
| Defendant. | |

---

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the United States of America's Request for a Stay of the Entire Case Given Lapse in Appropriations. (ECF No. 43). Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, such as "emergencies involving the safety of human life or the protection of property" until funding is restored to the Department.  31 U.S.C. § 1342. Based on the foregoing, **IT IS HEREBY ORDERED** that the United States of America's Request for a Stay of the Entire Case Given Lapse in Appropriations (ECF No. 43) is **GRANTED**, and counsel for the United States of America shall inform the Court as soon as Congress has appropriated funds for the Department to resume operations.

Date: January 23, 2019

s/ *Tony N. Leung*
Tony N. Leung
United States Magistrate Judge